IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RYAN SAVINELL,                                                                            PLAINTIFF

v.                                        CIVIL ACTION NO.: 4:14cv18-MPM-DAS

GLORIA ALEXANDER, et al.,                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendants' motion [35] is **GRANTED**, and summary judgment is entered in favor of Defendants.

**SO ORDERED**, this the 9th day of October, 2014.

                                                 /s/ Michael P. Mills
                                                 MICHAEL P. MILLS
                                                 U.S. DISTRICT JUDGE