IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RYAN SAVINELL,     PLAINTIFF

v.     CIVIL ACTION NO.: 4:14cv18-MPM-DAS

GLORIA ALEXANDER, et al.,     DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's "Application for Certificate of Appealability," in which he asks this Court to certify that he may appeal this Court's dismissal of his § 1983 suit. Inasmuch as a certificate of appealability is not required in order to appeal the dismissal of a § 1983 action, the Court **DIRECTS** the Clerk of Court to construe the instant motion as a Notice of Appeal.

**SO ORDERED**, this the 24th day of October, 2014.

    /s/ Michael P. Mills
    **MICHAEL P. MILLS**
    **U.S. DISTRICT JUDGE**